MA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CBS Outdoor, Inc. | ) | |
|     Plaintiff | ) | Case No: 12 C 4317 |
| | ) | |
| v. | ) | |
| | ) | Judge: Ruben Castillo |
| Village of Plainfield, Illinois, et al. | ) | |
|     Defendant | ) | |

## ORDER

Enter Memorandum Opinion and Order. Defendant, Village of Plainfield's motion to dismiss [12] is granted. Plaintiff's complaint is dismissed without prejudice.

Date: 7/30/13          /s/ Chief Judge Ruben Castillo

U.S. DISTRICT COURT
CLERK
2013 JUL 30 PM 4: 23
RECEIVED FOR DOCKETING